# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LM Wind Power Blades, Inc.,<br><br>Defendant. | Case No. 3:23-CV-00086-PDW-ARS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** |

The parties, through their undersigned counsel of record, hereby stipulate that Defendant LM Wind Power Blades, Inc. shall have an extension of time until July 31, 2023 to answer, move, or otherwise plead to Plaintiff's Complaint.

|  |  |
|---|---|
|  | **EEOC MINNEAPOLIS AREA OFFICE** |
| Dated: July 7, 2023 | /s/ Greger Calhan<br>Greger Calhan, Trial Attorney<br>330 Second Avenue South, Suite 720<br>Minneapolis, MN  55401<br>Telephone:  612-552-7323<br>Facsimile:  612-335-4044<br>greger.calhan@eeoc.gov<br><br>**Attorney for Plaintiff Equal Employment Opportunity Commission** |

2

|  |  |
|---|---|
| | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.** |
| Dated: <u>July 7, 2023</u> | <u>*/s/ Brent D. Kettelkamp*</u><br>Brent D. Kettelkamp, ND #09600<br>Capella Tower<br>225 South Sixth Street, Suite 1800<br>Minneapolis, MN  55402<br>Telephone:  612-339-1818<br>Facsimile:  612-339-0061<br>brent.kettelkamp@ogletree.com |
| | **Attorney for Defendant LM Wind Power Blades, Inc.** |