IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LM Wind Power Blades, Inc.,<br><br>Defendant. | Case No. 3:23-CV-00086-PDW-ARS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** |

The parties, through their undersigned counsel of record, hereby stipulate that Defendant LM Wind Power Blades, Inc. shall have an extension of time until August 25, 2023 to answer, move, or otherwise plead to Plaintiff's Complaint.

                                                 **EEOC MINNEAPOLIS AREA OFFICE**

Dated: July 31, 2023

                                                 */s/ Greger Calhan*
                                                 Greger Calhan, Trial Attorney
                                                 330 Second Avenue South, Suite 720
                                                 Minneapolis, MN  55401
                                                 Telephone:  612-552-7323
                                                 Facsimile:  612-335-4044
                                                 greger.calhan@eeoc.gov

                                               **Attorney for Plaintiff Equal Employment Opportunity Commission**

2

|  |  |
|---|---|
| Dated: <u>July 31, 2023</u> | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.**<br><br>*/s/ Brent D. Kettelkamp*<br>Brent D. Kettelkamp, ND #09600<br>Capella Tower<br>225 South Sixth Street, Suite 1800<br>Minneapolis, MN  55402<br>Telephone:  612-339-1818<br>Facsimile:  612-339-0061<br>brent.kettelkamp@ogletree.com<br><br>**Attorney for Defendant LM Wind Power Blades, Inc.** |

2

57522803.v1-OGLETREE