IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION NO. 3:23-cv-0086-PDW-ARS ) ) ) JUDGE PETER D. WELTE |
| v. | ) ) MAGISTRATE JUDGE ALICE |
| LM WIND POWER BLADES, INC. | ) R. SENECHAL ) |
| Defendant. | ) |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

      The parties, Plaintiff Equal Employment Opportunity Commission and Defendant LM Wind Power Blades, Inc. have agreed to the terms of the attached Consent Decree as final resolution of the litigation between them and jointly request that this Honorable Court enter the Decree and sign and date the notice attached as **Exhibit B** to the Decree.

September 20, 2024                                                                                      Respectfully submitted,

**Plaintiff Equal Opportunity Employment Commission**:

/s/ Kelly Bunch_____
Kelly Bunch
Trial Attorney
U.S. Equal Employment Opportunity Commission
Chicago District Office
230 South Dearborn, Suite 2920
Chicago, Illinois 60604
(312) 872-9704
Kelly.Bunch@eeoc.gov

**Defendant LM Wind Power Blades, Inc.**:

/s/ _Brent D. Kettelkamp_____
Brent D. Kettelkamp, 09600
Ogletree Deakins
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, Minnesota
Telephone: (612) 336-6850
Brent.Kettelkamp@ogletree.com